CHRIST PANAGIOTOU, Appellant, v. WORLOCK STONE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals upon the following certified questions denied: 1. Does the failure of the referee to comply with rule 171 of the Rules of Civil Practice invalidate the referee's report? 2. Was the failure of the Special Term judge to read the testimony in the motion for contempt of court sufficient to reverse the judgment? 3. May a judgment be entered in a contempt motion upon a decision of a referee before confirmation by a court? 4. Is payment to a referee of his fees before his decision is announced and filed sufficient to disqualify the referee and render his report void? Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

ROCKLAND LIGHT AND POWER COMPANY, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals on certified question granted, without costs. [See *ante*, p. 284.] The following question is certified: Does the complaint state facts sufficient to constitute a cause of action? Present — Hill, P. J., Bliss, Heffernan, Schenck and Foster, JJ.

# (March 17, 1942.)

DECISION — ORDER
Handed down March 17th, 1942.

At a Term of the Appellate Division of the Supreme Court of the State of New York held in and for the Third Judicial Department in the Albany County Courthouse in the City of Albany on the 17th day of March, 1942.

PRESENT: HON. JAMES P. HILL,
Presiding Justice,
HON. JOHN C. CRAPSER,
HON. CHRISTOPHER J. HEFFERNAN,
HON. GILBERT V. SCHENCK,
HON. SYDNEY F. FOSTER,
Associate Justices.